People v Justin F. (2022 NY Slip Op 51126(U))

[*1]

People v Justin F.

2022 NY Slip Op 51126(U) [77 Misc 3d 127(A)]

Decided on November 17, 2022

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 17, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, J.P., Tisch, Michael, JJ.

570757/17

The People of the State of New
York, Respondent,
against
Justin F., Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
Bronx County (George A. Grasso, J.), rendered September 28, 2017, convicting him,
upon a plea of guilty, of assault in the third degree, and imposing sentence.

Per Curiam.
Judgment of conviction (George A. Grasso, J.), rendered September 28, 2017,
affirmed. 
Even assuming that CPL 420.35(2-a), which permits the waiver of surcharges and
fees for persons who, like defendant, were less than 21 years old at the time of the crime,
applies retroactively, we do not find that vacatur of the surcharge and fees as a matter of
discretion in the interest of justice would be appropriate in this case (see People v
Nunez, 203 AD3d 476 [2022], lv denied 38 NY3d 1073 [2022]; People v
Escalona, 202 AD3d 451 [2022], lv denied 38 NY3d 1070 [2022]).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: November 17, 2022